UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PAMELA KIRBY,<br><br>      Plaintiff,<br><br>  v.<br><br>NANCY A. BERRYHILL, Deputy Commissioner of Social Security for Operations,<br><br>      Defendant. | CASE NO. 3:18-cv-05595-RSM JRC<br><br>REPORT AND RECOMMENDATION ON STIPULATED MOTION FOR EQUAL ACCESS TO JUSTICE ACT FEES<br><br>Noted for May 6, 2019 |

This matter has been referred to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1) and Local Magistrate Judge Rule MJR 4(a)(4) and as authorized by *Mathews, Secretary of H.E.W. v. Weber*, 423 U.S. 261, 271–72 (1976). *See* Dkt. 2. This matter is before the Court on plaintiff's Stipulated Motion for EAJA Fees. Dkt. 24.

Based on the Equal Access to Justice Act, 28 U.S.C. § 2412 ("EAJA"), the stipulation of the parties (*see* Dkt. 24), the attorney declaration and fee itemization (Dkts. 24-2, 24-3), and the relevant record, the undersigned recommends that EAJA attorney's fees of $604.16 be awarded

to plaintiff pursuant to the EAJA and consistent with *Astrue v. Ratliff*, 560 U.S. 586, 588–89 (2010).

The Deputy Commissioner should contact the Department of Treasury after the Order for EAJA fees is entered to determine if the EAJA fees are subject to any offset. If it is determined that plaintiff's EAJA fees are not subject to any offset allowed pursuant to the Department of the Treasury's Offset Program, then the check for EAJA fees should be made payable to Amy Gilbrough, based on plaintiff's assignment of these amounts to plaintiff's attorney (*see* Declaration of Pamela Kirby, Dkt. 24-4). If there is an offset, the remainder should be made payable to plaintiff, based on the practice of the Department of the Treasury (*see*, *e.g.,* Case No. 2:15-cv-122, Dkt. 22, at 4). Any check for EAJA fees should be mailed to plaintiff's counsel, Amy Gilbrough, at 1904 Third Ave., Suite 1030, Seattle, Washington 98101.

Because the parties have stipulated to the payment of attorney's fees, as set forth above, the undersigned further recommends that this report and recommendation be immediately approved.

Dated this 6th day of May, 2019.

J. Richard Creatura
United States Magistrate Judge

REPORT AND RECOMMENDATION ON
STIPULATED MOTION FOR EQUAL ACCESS TO
JUSTICE ACT FEES - 2