# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

PAMELA KIRBY,

         Plaintiff,

v.

NANCY A. BERRYHILL, Deputy Commissioner of Social Security for Operations,

         Defendant.

CASE NO. 3:18-cv-5595-RSM JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation.

(2)    Plaintiff's request for $604.16 in attorney fees under the Equal Access to Justice Act ("EAJA") is granted in full.

(3)    The Deputy Commissioner shall contact the Department of Treasury after the Order for EAJA fees is entered to determine if the EAJA fees are subject to any offset. If it is determined that plaintiff's EAJA fees are not subject to any offset

| | |
|---|---|
| 1 | allowed pursuant to the Department of the Treasury's Offset Program, then the |
| 2 | check for EAJA fees shall be made payable to Amy Gilbrough, based on |
| 3 | plaintiff's assignment of these amounts to plaintiff's attorney (*see* Declaration of |
| 4 | Pamela Kirby, Dkt. 24-4). If there is an offset, the remainder shall be made |
| 5 | payable to plaintiff, based on the practice of the Department of the Treasury (*see*, |
| 6 | *e.g.,* Case No. 2:15-cv-122, Dkt. 22, at 4). Any check for EAJA fees shall be |
| 7 | mailed to plaintiff's counsel, Amy Gilbrough, at 1904 Third Ave., Suite 1030, |
| 8 | Seattle, Washington 98101. |

(4)  The Clerk is directed to send copies of this Order to counsel of record.

Dated this 7 day of May, 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE