UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAMELA KIRBY, | CIVIL NO. 3:18-cv-5595-RSM |
| Plaintiff, | ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b) |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

THIS MATTER having come on regularly before the undersigned upon Plaintiff's Motion for Attorney Fees Pursuant To 42 U.S.C.§ 406(b), the Court having considered the contentions of Plaintiff and Defendant, good cause having been shown for entry of the Order, now therefore, it is hereby

ORDERED that Plaintiff's attorney Amy Gilbrough is awarded an attorney fee of $7,136.00 pursuant to 42 U.S.C. § 406(b). Plaintiff's attorney received total fees under the Equal Access to Justice Act of $604.16. On receipt of payment of the fee under 406(b), Plaintiff's attorney is directed to refund the amount of the EAJA fees to Plaintiff.

Social Security is directed to send a fee of $7,136.00 to Plaintiff's attorney, minus any

//

ORDER FOR ATTORNEY FEES PURSUANT TO 42
U.S.C. § 406(b) [3:18-cv-5595-RSM-JRC] - 1

Douglas Drachler McKee & Gilbrough, LLP
1904 Third Ave. Suite 1030
Seattle, WA 98103
(206) 623-0900

applicable processing fees as allowed by statute.

DATED this 18th day of December 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

S/AMY GILBROUGH
AMY GILBROUGH, WSBA #26471
Attorney for Plaintiff